U.S. DISTRICT COURT FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| MARTHA BONILLA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Case No. _____ |
| DIDLAKE, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1441 and 1446, Defendant Didlake, Inc. (referred to herein as "Defendant"), through undersigned counsel, hereby file this Notice of Removal of the above-captioned action currently pending in the Circuit Court of Prince George's County, Case No. CAL15-13644. In support thereof, Defendant states as follows.

1. Plaintiff initiated this civil action by filing a Complaint against Defendant in the Circuit Court for Prince George's County. Copies of Plaintiff's Complaint, Summons and other related court documents are appended hereto as Exhibit A.

2. Defendants were served with a copy of the Complaint and Summons on or about June 9, 2015. This Notice of Removal is being filed with this Court within 30 days of the service of the Complaint on Defendant and is timely filed. *See* 28 U.S.C. § 1446(b). *See also Murphy Brothers, Inc. v. Michetti Pipe Stringing, Inc.*, 526 U.S. 344, 347 (1999) (holding that the 30-day removal deadline does not begin to run until a defendant has been properly served

with a copy of the complaint); *Trademark Remodeling, Inc. v. Rhines*, 853 F. Supp. 2d 532, 539-40 (D. Md. 2012) (same).

3. Upon information and belief, Plaintiff is a Maryland resident. See Exhibit A.

4. Defendant is a corporation organized under the laws of the Commonwealth of Virginia, and maintains its "principal place of business," 28 U.S.C. § 1332(c)(1), in Manassas, Virginia. Accordingly, Defendant is a citizen of the Commonwealth of Virginia.

5. Complete diversity therefore exists between the parties.

6. Plaintiff alleges that she is entitled to damages that exceed the sum of $75,000. See Exhibit A at p. 9.

7. This Court therefore has original jurisdiction of this civil action under the provisions of 28 U.S.C. § 1332 in that complete diversity exists between the parties and the amount in controversy exceeds $75,000.

8. A Notice of Filing for Removal to Federal Court is being filed contemporaneously in the Circuit Court for Prince George's County, a copy of which is attached hereto as Exhibit B.

9. Written notice of this pleading has been mailed to Plaintiff, by and through her counsel.

10. Exhibit A attached hereto represents all of the pleadings received by or served upon Defendant in connection with Plaintiff's claim.

11. Removal to this Court is appropriate because Plaintiff's action is pending in this District. *See* 28 U.S.C. § 1441(a).

WHEREFORE, Defendant respectfully requests that the above-referenced action brought in the Circuit Court for Prince George's County immediately be removed to this Court.

Respectfully submitted,

/s/ Joleen R. Okun
Joleen R. Okun
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
1909 K Street NW, Suite 1000
Washington, DC  20006
Phone: 202.887.0855
Fax: 202.887.0866
Email: Joleen.Okun@odnss.com
*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of July, 2015, a copy of the foregoing Notice of Removal was sent via First Class U.S. Mail, postage prepaid, to:

>Jason D. Friedman, Esq.
>Zipin, Amster & Greenberg, LLC
>836 Bonifant Street
>Silver Spring, MD 20910
>*Counsel for Plaintiff*

>/s/ Joleen R. Okun / jlw
>Joleen R. Okun
>Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
>1909 K Street NW, Suite 1000
>Washington, DC 20006
>Phone: 202.887.0855
>Fax: 202.887.0866
>Email: Joleen.Okun@odnss.com
>*Counsel for Defendant*